UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOYCE ZAIC,<br><br>　　　　　　　　Plaintiff,<br>v.<br>MICHAEL GIDDENS, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:14-cv-00892-RFB-PAL<br><br>ORDER<br><br>(Mot. WD Counsel – Dkt. #26) |

This matter is before the court on attorney Lawrence J. Semenza, II's Motion to Withdraw as Counsel of Record for the Plaintiff (Dkt. #26) filed June 22, 2015. The motion represents that counsel has been temporarily suspended from practicing law based on his conviction for willful failure to file an income tax return.

Mr. Semenza, upon finding that he was temporarily suspended from practicing law, forwarded a certified letter to Ms. Zaic at her last known address explaining that she would need to hire another attorney for her matter. The envelope, which is attached as Exhibit 2 to his motion, was returned as unclaimed. Mr. Semenza, therefore, seeks leave to withdraw as counsel of record.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. Mr. Semenza's Motion to Withdraw as counsel for Plaintiff (Dkt. #26) is **GRANTED**.
2. The plaintiff shall have until **July 22, 2015,** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that she will be appearing in this matter *pro se*.

1

3.  Plaintiff's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that he will be appearing in this matter *pro se* may result in the imposition of sanctions, which may include a recommendation to the District Judge that plaintiff's complaint be dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b).

4.  The Clerk of the Court shall serve the plaintiff with a copy of this order at her last known address:

    Joyce Zaic
    4116 Rubidoux Dr.
    Las Vegas, NV  89108-5511

DATED this 24th day of June, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2