1
2
3
4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7

JOYCE ZAIC,

Case No. 2:14-cv-00892-RFB-PAL

8

Plaintiff,

ORDER

9

v.

(Subst Atty – Dkt. #28)

MICHAEL GIDDENS, et al.,

10
11

Defendant.

12         Before the court is the Substitution of Attorney (Dkt. #28) filed July 21, 2015.  Counsel

13   for plaintiff, Lawrence J. Semenza, hereby withdraws as counsel of record for Plaintiff Joyce

14   Zaic, with Plaintiff Joyce Zaic continuing in this matter pro se.  As all parties have agreed to the

15   substitution.  Accordingly,

16         **IT IS ORDERED** that the Substitution of Attorney (Dkt. #28) is **APPROVED**.

17   Lawrence J. Semenza shall be removed as counsel of record for Plaintiff Joyce Zaic.  Plaintiff

18   Joyce Zaic shall move forward in this matter appearing pro se.

19         Dated this 27th day of July, 2015.

20
21
                                                PEGGY A. LEEN
22                                              UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28

1